ACCEPTED
01-14-00957-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/17/2015 11:06:56 AM
CHRISTOPHER PRINE
CLERK

# NO. 01-14-00957-CR

## IN THE COURT OF APPEALS

### FIRST DISTRICT

### HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/17/2015 11:06:56 AM
CHRISTOPHER A. PRINE
Clerk

## NO. 1404642

### IN THE TRIAL COURT

### 338TH JUDICIAL DISTRICT

### HARRIS COUNTY, TEXAS

| RICHARD RENE RIVERA | § | APPELLANT |
|---|---|---|
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

## MOTION FOR EXTENSION OF TIME
## FOR FILING APPELLANT'S BRIEF

ALLEN C. ISBELL
2016 Main St., Suite 110
Houston, Texas 77002
713/236-1000
Fax: 713/236-1809
STATE BAR NO. 10431500

**COUNSEL ON APPEAL**

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW RICHARD RENE RIVERA, appellant, by and through his retained counsel on appeal, and respectfully requests this Honorable Court grant an Extension of Time for Filing an Appellant's Brief. The present date for filing the Brief is April 24, 2015, and it is respectfully requested that said time be extended until May 22, 2015. For cause, appellant would show the Court as follows:

I.

On November 11, 2014, appellant was convicted of Racing Without a License (Dog/Horse), in the 338th District Court of Harris County, Texas entitled *The State of Texas vs. RICHARD RENE RIVERA*, in Cause Number 1404642 and was sentenced to two (2) years confinement in the Texas Department of Criminal Justice, Institutional Division, probated for two (2) years and a $2,000 fine. No Motion for New Trial was filed. Written Notice of Appeal was given November 18, 2013.

II.

Counsel is unable to timely file the Brief within the time period from the first extension of filing the Reporter's Record for the following reasons:

1. Counsel is in the process of relocating his office to 2016 Main St., Ste. 110, Houston, Texas 77002. Counsel must vacate the current

office space by April 30, 2015.

2.   Counsel is presently working on the following Brief for Appellant: Torres v. State, No. 14-15-00155-CR & 14-15-00156-CR;

3.   Counsel is presently working on the following Petition for Discretionary Review for Appellant: Nelson v. State, No. 01-13-00769-CR;

4.   Counsel is currently preparing for the following criminal trials:

- State vs. Simon, No. 1391357 (Capital Murder)(set to begin April 24, 2015);

- State vs. Hobbs, Nos. 1322693, 1322694, 1322764, 1322796, 1323767, 1324124, & 1324125 (Capital Murder (Death Penalty), Agg. Sexual Assault, Aggravated Kidnaping, Aggravated Assault, & Murder)(set to begin April 27, 2015).

4.   Counsel has recently represented the following in court: State vs. Bonds, No. 1436427; State vs. Caplan, No. 1449686; State vs. Chapman, Nos. 1945284, 1945285, & 1945286; State vs. Faulwell, No. 1438334; Hernandez vs. Cameron-Hernandez, No. 2014-53701; State vs. Hutchins, No. 1395799; In the Matter of L. M., No. 2011-04644J; State vs. Joyner, No. 1358039; State vs. Lightfoot, Nos. 1415378, 1415379, 1420878, & 1436565; State vs. Magee, Nos. 1392085, 1386835, 1387732, & 1386809; State vs. Morris, No. 1458287; State vs. Nash, No. 1444389; Payne vs. Payne, No. 12-DCV-201630; State vs. Peters, No. 1447571; State vs. Pinnock, Nos. 1435200 & 1393885; State vs. Rivas, Nos. 1441514, 1441515, & 1441646; State vs. Roby, No. 1445825; State vs. Terrell, No. 1426152; State vs. Thedford, Nos. 1408153 & 1408154;

III.

Counsel feels that if the additional time is granted, the Brief in this cause will be filed timely.

IV.

This is the second (2nd) extension requested.

V.

This motion is urged at the first opportunity as appellant will suffer irremediable harm if it is not granted.

WHEREFORE, PREMISES CONSIDERED, appellant prays that this Honorable Court grant this extension of time in which to file the appellant's Brief until May 22, 2015.

Respectfully submitted,

/s/ Allen C. Isbell
ALLEN C. ISBELL
2016 Main St., Suite 110
Houston, Texas 77002
713/236-1000
Fax No. 713/236-1809
STATE BAR NO. 10431500
email: allenisbell@sbcglobal.net

COUNSEL ON APPEAL

## Certificate of Service

I hereby certify that on this 17th day of April, 2015, a true and correct copy of the foregoing motion was sent to the District Attorney's Office, Appellate Division, and to Mr. Richard Rene Rivera, appellant.

/s/ Allen C. Isbell
ALLEN C. ISBELL

## Certificate of Compliance

The undersigned attorney on appeal certifies this motion is computer generated and consists of 676 words. Counsel is relying on the word count provided by the Word Perfect computer software used to prepare the motion.

/s/ Allen C. Isbell
ALLEN C. ISBELL